UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA               :

                                       :          CRIMINAL NO. 10-CR-337(JAP)

                                       :

      v.                               :

                                       :              ORDER

RAYSHAWN RAMBOUGH                       :


      The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

      It is on this ___7TH___ day of ___FEBRUARY___ , 2011,

      ORDERED that *Andrea Bergman* from the Office of the Federal Public Defender for the

District of New Jersey is hereby appointed to represent said defendant in the cause until further order

of the Court.


                                       _____
                                       DOUGLAS E. ARPERT, U.S.M.J.
                                       United States Magistrate Judge