UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>RAYSHAWN RAMBOUGH | : Crim. No. 10-337, 10-581 (JAP)<br>: Hon. Douglas E. Arpert<br>:<br>: <u>ORDER OF DETENTION</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney, appearing on behalf of the United States before the Court on February 7, 2011) in the presence of Andrea D. Bergman, Esq., attorney for defendant Rayshawn Rambough, for an order pursuant to Title 18, United States Code, Section 3143 detaining the defendant without bail based on risk of flight pending a hearing before the Honorable Joel A. Pisano, United States District Judge, for violations of supervised release; and the defendant having opposed this motion for detention; and for the reasons stated on the record and for good cause shown;

IT IS, therefore, on this 7th day of February, 2011

ORDERED that the motion of the United States for an order detaining the defendant is hereby GRANTED, and the defendant is hereby ordered detained; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the United States Marshal's Service; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge